UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VICTORIA CISNEROS AGER,<br><br>　　　　　Plaintiff<br><br>　vs.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of SSA,<br><br>　　　　　Defendant.<br>_____ | CASE No.: 2:20-cv-07297-PVC<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (d)** |

　　　The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND-THREE HUNDRED THIRTY SEVEN DOLLARS AND FIFTY CENTS ($2,337.50).

DATE: March 28, 2022

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE